# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **RICHARD GRUWELL,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** 3:21-cv-00792 |
| | § | |
| **MIKAIL ISMAYILOV, RUSTAM** | § | |
| **ISMAYILOV AND GOLD STAR** | § | |
| **EXPRESS, LLC,** | § | |
| *Defendants.* | § | |

<u>**INDEX OF STATE COURT FILE**</u>

The following is an index identifying each state court document and the date in which each document was filed in the 162nd Judicial District Court, Dallas County, Texas.

| EXHIBIT | DATE | DOCUMENT |
|---|---|---|
| **2** | | State Court File |
| **2a** | 04/07/2021 | Docket Sheet |
| **2b** | 03/22/2021 | Plaintiff's Original Petition |
| **2c** | 03/22/2021 | Plaintiff's Jury Demand |
| **2d** | 03/30/2021 | Defendants' Executed Citation |

# EXHIBIT 2a

## Case Information

DC-21-03458 | RICHARD GRUWELL vs. MIKAIL ISMAYILOV, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-03458 | 162nd District Court | MOORE, MARICELA |
| File Date | Case Type | Case Status |
| 03/17/2021 | MOTOR VEHICLE ACCIDENT | OPEN |

## Party

PLAINTIFF
GRUWELL, RICHARD

Address
C/O WITHERITE LAW GROUP
10440 N. CENTRAL EXPRESSWAY, SUITE 400
DALLAS TX 75231

Active Attorneys▾
Lead Attorney
JOBIN, LAUREN V
Retained

DEFENDANT
ISMAYILOV, MIKAIL

Address
280 KUBOL DRIVE
LAWRENCEVILLE GA 30046

DEFENDANT
ISMAYILOV, RUSTAM

Address
280 KUBOL DRIVE
LAWRENCEVILLE GA 30046

DEFENDANT
GOLD STAR EXPRESS, LLC

Address
BY SERVING ITS REGISTERED AGENT, RUSTAM ISMAYILOV
280 KUBOL DRIVE
LAWRENCEVILLE TX 30046

## Events and Hearings

| |
|---|
| 03/17/2021 NEW CASE FILED (OCA) - CIVIL |

03/17/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

03/17/2021 JURY DEMAND ▾

JURY DEMAND FORM

03/17/2021 ISSUE CITATION ▾

GOLD STAR EXPRESS, LLC - ESERVE

RUSTAM ISMAYILOV - ESERVE

MIKAIL ISMAYILOV - ESERVE

03/25/2021 CITATION ▾

Served
03/27/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
03/30/2021
Comment
GOLD STAR EXPRESS, LLC

03/25/2021 CITATION ▾

Served
03/27/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
03/30/2021
Comment
RUSTAM ISMAYILOV

03/25/2021 CITATION ▾

Served
03/27/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
03/30/2021
Comment
MIKAIL ISMAYILOV

---

03/30/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - GOLD STAR EXPRESS, LLC

Comment
EXECUTED CITATION - GOLD STAR EXPRESS, LLC

---

03/30/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - MIKAIL ISMAYILOV

Comment
EXECUTED CITATION - MIKAIL ISMAYILOV

---

03/30/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - RUSTAM ISMAYILOV

Comment
EXECUTED CITATION - RUSTAM ISMAYILOV

---

## Financial

GRUWELL, RICHARD

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $356.00 |
| | Total Payments and Credits | | | $356.00 |
| 3/19/2021 | Transaction Assessment | | | $356.00 |
| 3/19/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 16599-2021-DCLK | GRUWELL, RICHARD | ($356.00) |

**Documents**

ORIGINAL PETITION

JURY DEMAND FORM

GOLD STAR EXPRESS, LLC - ESERVE

RUSTAM ISMAYILOV - ESERVE

MIKAIL ISMAYILOV - ESERVE

EXECUTED CITATION - GOLD STAR EXPRESS, LLC

EXECUTED CITATION - MIKAIL ISMAYILOV

EXECUTED CITATION - RUSTAM ISMAYILOV

# EXHIBIT 2b

JURY DEMAND

2 CIT ESERVE

FILED
3/17/2021 12:11 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Belinda Hernandez DEPUTY

Case 3:21-cv-00792-G   Document 1-2   Filed 04/07/21   Page 9 of 28   PageID 18

CAUSE NO. _____   DC-21-03458

| | | |
|---|---|---|
| **RICHARD GRUWELL;** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **MIKAIL ISMAYILOV; RUSTAM** | § | |
| **ISMAYILOV; AND GOLD STAR** | § | |
| **EXPRESS, LLC;** | § | |
| | § | 162nd |
| **Defendants.** | § | **_____ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Richard Gruwell files Plaintiff's Original Petition complaining of

Defendants Mikail Ismayilov, Rustam Ismayilov, and Gold Star Express, LLC.

## I.  DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 pursuant to Rule 190

of the Texas Rules of Civil Procedure.

## II.  RULE 47 PLEADING REQUIREMENTS

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's

counsel states that the damages sought are in an amount within the

jurisdictional limits of this Court.  As required by Rule 47(c), Texas Rules of Civil

Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief of over

$250,000 but not more than $1,000,000.  The amount of monetary relief actually

awarded, however, will ultimately be determined by a jury.  Plaintiff also seeks

pre-judgment and post-judgment interest at the highest legal rate.

## III.  PARTIES

Plaintiff Richard Gruwell is an individual resident of Euless, Tarrant County, Texas. His driver's license number is *****910 and his social security number is ***-**-*848.

Defendant Mikail Ismayilov is an individual resident of Lawrenceville, Gwinnett County, Georgia and may be served with process at 280 Kubol Drive, Lawrenceville, Georgia 30046.

Defendant Rustam Ismayilov is an individual resident of Lawrenceville, Gwinnett County, Georgia and may be served with process at 280 Kubol Drive, Lawrenceville, Georgia 30046.

Defendant Gold Star Express, LLC is a corporation doing business in Lawrenceville, Gwinnett County, Georgia and may be served with process by serving its registered agent, Rustam Ismayilov, at 280 Kubol Drive, Lawrenceville, Georgia 30046.

## IV.  JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since the incident complained of herein occurred in Dallas County, Texas. Venue therefore is proper in Dallas County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.002.

## V.  FACTS

This lawsuit arises out of a motor vehicle collision that occurred on or about Friday, October 9, 2020 on US-67 near the Wheatland Road exit within the city limits of Dallas, Dallas County, Texas.  Plaintiff Richard Gruwell (Unit 1) was operating his vehicle northbound on US-67.  Defendant Mikail Ismayilov (Unit 3 towing Unit 4), whilst in the course and scope of his employment Gold Star Express, LLC, was operating his 18-wheeler behind Unit 2 which was directly behind Plaintiff's vehicle in the same lane and headed in the same direction.  Defendant Mikail Ismayilov was following too closely and failed to slow and/or stop, colliding hard with the back of Unit 2, pushing Unit 2 into the back of Plaintiff's vehicle.  As a result of the collision, Plaintiff was injured and continues to suffer injuries and damages from this incident.

## VI.  CAUSES OF ACTION

## A.    NEGLIGENCE – DEFENDANT MIKAIL ISMAYILOV

At the time of the motor vehicle collision, Defendant Mikail Ismayilov was operating his 18-wheeler negligently.  Specifically, Defendant had a duty to exercise ordinary care and operate his 18-wheeler reasonably and prudently.  Defendant breached that duty in one or more of the following respects:

1.    Defendant did not keep such proper lookout and attention to the roadway as a person or ordinary prudence would have kept under the same or similar circumstances;

2.    Defendant did not turn his vehicle in an effort to avoid the collision;

3.    Defendant did not maintain an assured clear distance between the vehicle he was driving and Plaintiff's vehicle so that, considering the speed of the vehicles, traffic, and the conditions of the highway,

Defendant could safely stop without colliding with Plaintiff's vehicle in violation of TEX. TRANSP. CODE § 545.151;

4.   Defendant did not timely apply the brakes of his 18-wheeler in order to avoid the collision in question;

5.   Defendant did not control his speed;

6.   Defendant was operating said vehicle at a greater rate of speed than a person of ordinary care and prudence would have done under the same or similar circumstances in violation of TEX. TRANSP. CODE § 545.351; and

7.   Defendant did not safely operate his tractor-trailer.

## B.   NEGLIGENT ENTRUSTMENT – DEFENDANTS RUSTAM ISMAYILOV AND GOLD STAR EXPRESS, LLC

As an additional cause of action, Plaintiff would show that at the time and on the occasion in question, Defendants Rustam Ismayilov and Gold Star Express, LLC were the owners of the vehicle driven by Defendant Mikail Ismayilov.  Defendants Rustam Ismayilov and Gold Star Express, LLC entrusted the vehicle to Defendant Mikail Ismayilov. Defendant Mikail Ismayilov was unlicensed, incompetent, and/or reckless and Defendants Rustam Ismayilov and Gold Star Express, LLC knew or should have known that Defendant Mikail Ismayilov was unlicensed, incompetent, and/or reckless.  Defendant Mikail Ismayilov's negligence on the occasion in question proximately caused the collision.

## C.   RESPONDEAT SUPERIOR – DEFENDANTS RUSTAM ISMAYILOV AND GOLD STAR EXPRESS, LLC

Additionally, Plaintiff would show that at the time and on the occasion complained of, Defendant Mikail Ismayilov was in the course and scope of his

employment with Defendants Rustam Ismayilov and Gold Star Express, LLC thereby making Defendants Rustam Ismayilov and Gold Star Express, LLC liable under the doctrine of *Respondeat Superior*.

## D.   NEGLIGENCE – DEFENDANTS RUSTAM ISMAYILOV AND GOLD STAR EXPRESS, LLC

Defendants Rustam Ismayilov and Gold Star Express, LLC negligently hired and retained Defendant Mikail Ismayilov.  Defendants Rustam Ismayilov and Gold Star Express, LLC failed to properly qualify, train, and/or supervise Defendant Mikail Ismayilov in order to prevent collisions such as the one in question.

Each of the above and foregoing acts and omissions, singularly or in combination, constituted the negligence that was the proximate cause of the motor vehicle collision and consequently the injuries and damages of Plaintiff.

## VII.  DAMAGES

As a proximate result of Defendants' negligence, Plaintiff suffered extensive injuries and damages. As a result of Plaintiff's injuries, Plaintiff suffered the following damages:

a.   Medical expenses in the past and future;

b.   Lost wages in the past and loss of earning capacity in the future;

c.   Property damage and loss of use of Plaintiff's vehicle;

d.   Physical impairment in the past and future;

e.   Physical pain and suffering in the past and future; and

f.   Mental anguish in the past and future.

## VIII.  INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiff hereby gives notice of intent to utilize items produced in discovery against the party producing same.  The authenticity of such items is self-proven per TRCP 193.7.

## IX.  JURY TRIAL

Plaintiff demands a trial by jury and includes the appropriate jury fees.

## X.  U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiff intends to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

## XI.  RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer herein, and that upon final hearing thereof, Plaintiff recover judgment against Defendants for:

1.  Plaintiff's past medical expenses, which are reasonable and customary for the medical care received by Plaintiff;

2.  Plaintiff's future medical expenses;

3.  Plaintiff's lost wages in the past and loss of earning capacity in the future;

4.  Plaintiff's property damage and loss of use of Plaintiff's vehicle;

5.  Plaintiff's physical pain and suffering in the past and future in an amount to be determined by the jury;

6.  Plaintiff's mental anguish in the past and future in an amount to be determined by the jury;

7.  Plaintiff's physical impairment in the past and future in an amount to be determined by the jury;

8.      Interest on the judgment at the legal rate from the date of judgment;

9.      Pre-judgment interest on Plaintiff's damages as allowed by law;

10.     All costs of court; and

11.     Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**WITHERITE LAW GROUP, PLLC**

BY: */s/ Lauren Jobin*
**LAUREN JOBIN**
State Bar No. 24081263
lauren.jobin@witheritelaw.com
**SHELLY GRECO**
State Bar No. 24008168
shelly.greco@witheritelaw.com
10440 N. Central Expressway
Suite 400
Dallas, TX 75231-2228
214/378-6665
214/378-6670 (fax)

**ATTORNEYS FOR PLAINTIFF**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Samantha Hanks on behalf of Lauren Jobin
Bar No. 24081263
Samantha.Hanks@witheritelaw.com
Envelope ID: 51556946
Status as of 3/19/2021 11:39 AM CST

Associated Case Party: RICHARD GRUWELL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Samantha Hanks | | samantha.hanks@witheritelaw.com | 3/17/2021 12:11:15 PM | SENT |
| Lauren Jobin | | lauren.jobin@witheritelaw.com | 3/17/2021 12:11:15 PM | SENT |

# EXHIBIT 2c

FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-21-03458

RICHARD GRUWELL

vs.

MIKAIL ISMAYILOV, et al

162nd District Court

## <u>ENTER DEMAND FOR JURY</u>

JURY FEE PAID BY: RICHARD GRUWELL

FEE PAID: $40.00

600 COMMERCE STREET DALLAS, TEXAS  75202 (214) 653-7261
FAX (214)653-7781 E-mail: Felicia.Pitre@dallascounty.org
Web site: http://www.dallascounty.org/distclerk/index.html

# EXHIBIT 2d

FILED
3/30/2021 3:26 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Irasema Sutherland DEPUTY

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**   **MIKAIL ISMAYILOV**
**280 KUBOL DRIVE**
**LAWRENCEVILLE GA  30046**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken
against you. In addition to filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days
after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be
addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas
75202.

Said Plaintiff being **RICHARD GRUWELL**

Filed in said Court  **17th day of March, 2021** against

**MIKAIL ISMAYILOV, RUSTAM ISMAYILOV AND GOLD STAR EXPRESS, LLC**

For Suit, said suit being numbered **DC-21-03458,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies
this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 25th day of March, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas

By_____ , Deputy
CARLENIA BOULIGNY



---

**ESERVE**

**CITATION**

**DC-21-03458**

**RICHARD GRUWELL**
**Vs.**
**MIKAIL ISMAYILOV, et al**

ISSUED THIS
**25th day of March, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**LAUREN V JOBIN**
EBERSTEIN & WITHERITE LLP
10440 N CENTRAL EXPY
STE 400
DALLAS TX  75231
214-378-6665
**Lauren.jobin@witheritelaw.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Case No. : DC-21-03458
Court No.162nd District Court
Style: RICHARD GRUWELL
Vs.
MIKAIL ISMAYILOV, et al

Came to hand on the ___25th___ day of ___March___, 20 _21_, at ___2___ o'clock ___P_.M. Executed at
280 Kabul Dr. Lawrenceville, GA 30346, within the County of ___Gwinnett___ at ___3:04___ o'clock ___P_.M. on the
___27th___ day of ___March___, 20 21 , by delivering to the within named
___Mikail Ismayilov, Individually___

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.
The distance actually traveled by me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

For serving Citation   $_____   Patriciajoyce Marie Dambach-Cirko

For mileage   $_____   of ___Gwinnett___ County, ___Georgia___

For Notary   $_____   by _____ Deputy /Georgia Certified Process Server
GA C.P.S # 231

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said ___Patricia Joyce DCiro___ before me this ___29___ day of ___March___, 20 21 .

To certify which witness my hand and seal of office.

Philip Warner

Notary Public ___Philip Warner___   County ___Gwinnett___

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Nora Garcia on behalf of Lauren Jobin
Bar No. 24081263
nora.garcia@witheritelaw.com
Envelope ID: 51981423
Status as of 3/31/2021 9:21 AM CST

Associated Case Party: RICHARD GRUWELL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lauren Jobin | | lauren.jobin@witheritelaw.com | 3/30/2021 3:26:23 PM | SENT |

FILED
3/30/2021 3:26 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Irasema Sutherland DEPUTY

Case 3:21-cv-00792-G   Document 1-2   Filed 04/07/21   Page 23 of 28   PageID 32

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**    **RUSTAM ISMAYILOV**
        **280 KUBOL DRIVE**
        **LAWRENCEVILLE GA  30046**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RICHARD GRUWELL**

Filed in said Court  **17th day of March, 2021** against

**MIKAIL ISMAYILOV, RUSTAM ISMAYILOV AND GOLD STAR EXPRESS, LLC**

For Suit, said suit being numbered <u>**DC-21-03458,**</u> the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 25th day of March, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
       CARLENIA BOULIGNY



---

**ESERVE**

**CITATION**

**DC-21-03458**

**RICHARD GRUWELL**
**Vs.**
**MIKAIL ISMAYILOV, et al**

ISSUED THIS
**25th day of March, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**LAUREN V JOBIN**
EBERSTEIN & WITHERITE LLP
10440 N CENTRAL EXPY
STE 400
DALLAS TX  75231
214-378-6665
**Lauren.jobin@witheritelaw.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Case No. : DC-21-03458

Court No.162nd District Court

Style: RICHARD GRUWELL

Vs.

MIKAIL ISMAYILOV, et al

Came to hand on the ___25th___ day of ___March___ , 20 _21_ , at ___2___ o'clock ___P___.M. Executed at

280 Kabul Dr. Lawrenceville, GA 30346 , within the County of ___Gwinnett___ at ___3:03___ o'clock ___P___.M. on the

___27th___ day of ___March___ , 20 21 , by delivering to the within named

___Rustam Ismayilov, individually___

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.

The distance actually traveled by me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $ | | Patriciajoyce Marie Dambach-Cirko |
| For mileage | $ | of ___Gwinnett___ County, ___Georgia___ |
| For Notary | $ | by _____ Deputy /Georgia Certified Process Server |

GA C.P.S # 231

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said ___Patrick Janice D Cirko___ before me this ___29___ day of ___March___ , 20 2 1 .

To certify which witness my hand and seal of office.

Philip Warner

Notary Public ___Philip Warner___ County ___Gwinnett___



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Nora Garcia on behalf of Lauren Jobin
Bar No. 24081263
nora.garcia@witheritelaw.com
Envelope ID: 51981423
Status as of 3/31/2021 9:21 AM CST

Associated Case Party: RICHARD GRUWELL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lauren Jobin | | lauren.jobin@witheritelaw.com | 3/30/2021 3:26:23 PM | SENT |

FILED
3/30/2021 3:26 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Irasema Sutherland DEPUTY

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**   **GOLD STAR EXPRESS, LLC**
**BY SERVING ITS REGISTERED AGENT RUSTAM ISMAYILOV**
**280 KUBOL DRIVE**
**LAWRENCEVILLE GA  30046**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of
twenty days after you were served this citation and **petition**, a default judgment may be taken against you. In addition
to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this
suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find
out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **162nd District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RICHARD GRUWELL**

Filed in said Court  **17th day of March, 2021** against

**MIKAIL ISMAYILOV, RUSTAM ISMAYILOV AND GOLD STAR EXPRESS, LLC**

For Suit, said suit being numbered **DC-21-03458,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation.
If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 25th day of March, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
    CARLENIA BOULIGNY



---

**ESERVE**

**CITATION**

**DC-21-03458**

**RICHARD GRUWELL**
**Vs.**
**MIKAIL ISMAYILOV, et al**

ISSUED THIS
**25th day of March, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**LAUREN V JOBIN**
EBERSTEIN & WITHERITE LLP
10440 N CENTRAL EXPY
STE 400
DALLAS TX  75231
214-378-6665
**Lauren.jobin@witheritelaw.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

## OFFICER'S RETURN

Case No. : DC-21-03458

Court No.162nd District Court

Style: RICHARD GRUWELL

 Vs.

MIKAIL ISMAYILOV, et al

Came to hand on the ___25th___ day of ___March___ , 20 _21_ , at ___2___ o'clock _____P_.M. Executed at ___280 Kabul Dr. Lawrenceville, GA 30346_, within the County of ___Gwinnett___ at ___3:04___ o'clock ___P__ .M. on the ___27th___ day of ___March___ , 20 _21_ , by delivering to the within named ___Gold Star Express, LLC c/o Rustam Ismayilov, as Registered Agent___

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.
The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | Patriciajoyce Marie Dambach-Cirko |
| For mileage | $_____ | of ___Gwinnett___ County, ___Georgia___ |
| For Notary | $_____ | by _____ Deputy Georgia Certified Process Server |

GA C.P.S # 231

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said ___Patricia Joyce Cirko___ before me this ___29___ day of ___March___ , 20 _21_ .
To certify which witness my hand and seal of office.

Philip Warner

Notary Public ___Philip Warner___ County ___Gwinnett___



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nora Garcia on behalf of Lauren Jobin
Bar No. 24081263
nora.garcia@witheritelaw.com
Envelope ID: 51981423
Status as of 3/31/2021 9:21 AM CST

Associated Case Party: RICHARD GRUWELL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lauren Jobin | | lauren.jobin@witheritelaw.com | 3/30/2021 3:26:23 PM | SENT |